PRESS FIRMLY TO SEAL          PRESS FIRMLY TO SEAL          PRIORITY MAIL
                                                            FLAT RATE ENVELOPE
                                                            POSTAGE REQUIRED



- Expected delivery date specified for domestic use.
- Most domestic shipments include up to $50 of insurance (restrictions apply).*
- USPS Tracking® included for domestic and many international destinations.
- Limited international insurance.**
- When used internationally, a customs declaration form is required.

*Insurance does not cover certain items. For details regarding claims exclusions see the Domestic Mail Manual at http://pe.usps.com.

** See International Mail Manual at http://pe.usps.com for availability and limitations of coverage.

**FLAT RATE ENVELOPE**
ONE RATE ■ ANY WEIGHT

**TRACKED ■ INSURED**


PS00001000014

EP14F May 2020
OD: 12 1/2 x 9 1/2

FILED
OCT 21 2024
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

To schedule free Package Pickup,
scan the QR code.


USPS.COM/PICKUP

---

**Click-N-Ship®**

usps.com  9405 5301 0935 5049 7651 89 0090 0001 0001 9801
$9.00
US POSTAGE

U.S. POSTAGE PAID
Click-N-Ship®

10/18/2024   Mailed from 72601  319862907368244

**PRIORITY MAIL®**

DAVID STEBBINS                     10/21/2024
APT D                              Flat Rate Envelope
123 W RIDGE AVE                    RDC 03
HARRISON AR 72601-4236
                                   C012

U.S.M.S.
X-RAY

US DISTRICT COURT FOR THE DISTRICT OF
UNIT 18
844 N KING ST
WILMINGTON DE 19801-3519

**USPS TRACKING #**



9405 5301 0935 5049 7651 89

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® and Priority Mail International® shipments. Misuses may be a violation of federal law. This package is not for resale. EP14F © U.S. Postal Service; May 2020; All rights reserved.