IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 24-1174 (MN) |
| RUMBLE, INC., et al., | ) ) ) |
| Defendants. | ) ) |

**ORDER**

At Wilmington, this 28th day of October 2024;

IT IS HEREBY ORDERED that Plaintiff's Motion for ECF Access (D.I. 4), construed as a motion for electronic filing rights, is DENIED without prejudice to renew. Plaintiff is advised that, per the CM/ECF Registration/Training section of the Court's website, in order to receive authorization to file electronically, a *pro se* party must indicate in their motion that they have independently reviewed all of the materials and related topics on the Court's web site and that they have a PACER account.

The Honorable Maryellen Noreika
United States District Judge