UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                                           PLAINTIFF

VS.                                         Case No. 1:24-cv-01174-MN

RUMBLE, INC. et al                                                                                    DEFENDANTS

## MOTION TO STAY TRANSFER OF VENUE PENDING APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion to Stay the Transfer of Venue Pending Appeal in the above-styled action.

1. I intend to appeal the District Court's finding that Rumble is immune from suit.
2. If that decision is overturned, then this Court once again has jurisdiction.
3. I therefore ask this Court to stay the transfer of venue pending this appeal.

So requested on this, the 13th day of May, 2025.

*/s/ David Stebbins*
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com