UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                                          PLAINTIFF

VS.                                             Case No. 1:24-cv-01174-MN

RUMBLE, INC. et al                                                                                 DEFENDANTS

### AMENDED NOTICE OF APPEAL

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Amended Notice of Appeal in the above-styled matter.

1. The District Court erred when it determined that Rumble cannot be held vicariously liable for the slander.

2. The District Court further abused its discretion when it denied me leave to amend the complaint.

3. This also means that the District Court also committed reversible error when it found that it lacked personal jurisdiction over the case, owing to the fact that Rumble was indeed a proper defendant in this action.

So notified on this, the 25th day of May, 2025.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com