IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DAVID STEBBINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 24-1174 (MN) |
| ) | |
| RUMBLE, INC., et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

At Wilmington, this 7th day of January 2026;

On October 21, 2024, pro se Plaintiff David Stebbins File a Complaint for copyright infringement and slander against Rumble, Inc. ("Rumble") and John Doe d/b/a The Specter Report. (D.I. 2). Plaintiff moved for, and was given, leave to proceed *in forma pauperis*. (D.I. 1, 5). On May 13, 2025, the Court issued its screening order pursuant to 28 U.S.C. § 1915(e)(2)(B)(i), (ii) and (iii), dismissing Rumble finding the cause of action against Rumble was based on a meritless legal theory, failed to state a claim and that the Communications Decency Act immunized Rumble from suit. (D.I. 11). After the dismissal of Rumble (who, according to Plaintiff, is incorporated in Delaware), the Court found that there were no ties to Delaware and, therefore, ordered the case be transferred to the United States District Court for the Western District of Arkansas, Harrison Division as that is where Plaintiff resides.[1] (*Id*.). On May 13, 2025, the Clerk of Court electronically transferred the case to the Western District of Arkansas. It does not appear, however, that the electronic transfer went through.

---

[1] Pursuant to 28 U.S.C. § 1406(a): "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought."

2

Also on May 13, 2025, but after the case was thought to have been electronically transferred, Plaintiff filed a Motion to Stay Transfer of Venue Pending Appeal. (D.I. 12).

As the electronic transferred failed to go through, IT IS HEREBY ORDERED that the motion is GRANTED. The Clerk of Court is directed to update the docket to reflect that the electronic transfer did not take place.

IT IS FURTHER ORDERED that, should the circuit court uphold this Court's May 13, 2025 Order, the case shall be immediately transferred to the United States District Court for the Western District of Arkansas, Harrison Division as the District of Delaware is not the proper venue in which this case can be heard.

*Maryellen Noreika*
The Honorable Maryellen Noreika
United States District Judge