UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                                                                    PLAINTIFF

VS.                                    Case No. 1:24-cv-01174-MN

RUMBLE, INC. et al                                                                              DEFENDANTS

## MOTION FOR PARTIAL RECONSIDERATION

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Partial Reconsideration in of its order dated January 7, 2026 (Dkt. 16) in the above-styled action.

1. Specifically, the part I ask the Court to reconsider is its final paragraph of that order, where it states the following:

> "[S]hould the circuit court uphold this Court's May 13, 2025 Order, the case shall be immediately transferred to the United States District Court for the Western District of Arkansas, Harrison Division."

2. It is common knowledge among those schooled in the law that, as a matter of public policy, the plaintiff's choice of venue is to be afforded great (but not insurmountable) deference.

3. Therefore, if the Court of Appeals affirms this Court's dismissal of Rumble, Inc. as a co-defendant, then I ask that the case instead be transferred to the district where the Defendant resides.

4. That location can be ascertained in the related Case 1:24-mc-00478-MN, where I am petitioning for Google and Rumble to be subpoenaed to disclose his legal name and address, among other things. The Court of Appeals has already overturned this Court's decision in that case, requiring this Court to explain its ruling. So if the Court cannot come up with a justification for not issuing the requested subpeonas, it will have to issue them, and from there, the individual defendant's legal name and address will quickly be learned, and from there, we will know what

district we can transfer to instead of my own.

5.      If, however, this Court not only doubles down on its previous decision to not issue the requested subpoenas, but that second decision gets affirmed on appeal, then we can transfer the case to the Western District of Arkansas.

6.      I intend to file a similar motion in related case 1:24-cv-01173-MN, as the transfer didn't go through in that case either.

7.      Wherefore, premises considered, I respectfully pray that this motion for reconsideration be granted.

So requested on this, the 7th day of January, 2026.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com