UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

DAVID STEBBINS                                          PLAINTIFF

VS.                          Case No. <u>1:24-cv-01174-MN</u>

JOHN DOE, d.b.a. "The Spectre Report"                   DEFENDANTS

## MOTION FOR RELIEF OF JUDGMENT

Comes now, pro se Plaintiff David Stebbins, who hereby submits the following Motion for Relief of Judgment in the above-styled action.

**Facts**

1.      This Court previously dismissed sua sponte Rumble Inc. as a defendant. See ECF 11. The Court's grounds for doing so was that my allegation that Rumble had contributed their own editorial decisions (such as algorithmic promotion) to Spectre's work was speculative. See id, Page 2, Footnote #1.

2.      In Related Case 1:24-mc-00478-MN, Rumble has appeared and filed a Motion to Quash the subpoena. See ECF 30. In their Brief in Support of said motion (ECF 31), they stated in pertinent part that "Rumble has made the editorial decision to permit its users to post on rumble.com anonymously, consistent with their own First Amendment rights. That decision reflects Rumble's commitment to the free and open exchange of ideas and opinions on the full spectrum of issues." See id at 16.

3.      So now, Rumble has now admitted directly to making "editorial decisions" which contributed no small amount to emboldening the likes of Doe to make tortuous statements about me (including but not limited to defamation) that they otherwise would not make for fear of liability (not just for fear of getting sued, but reasonable fear of actually losing said lawsuit). Now, it is no longer speculative. Now, it is proven by Rumble's own admission that they have

made "editorial decision[s]" contributing to Spectre's streams.

## Argument

4.      Courts may grant relief from a judgment upon motion for, among other reasons, "newly discovered evidence that, with reasonable diligence, could not have been discovered in time to move for a new trial." See Fed.R.Civ.P. 60(b)(2). The new admission by Rumble mentioned above constitutes newly discovered evidence that changes the merits of the Court's prior decision.

5.      That decision was entered on May 13, 2025, and this motion is being filed in March 2025, so it fits within the 1-year time limit mentioned in Fed.R.Civ.P. 60(c)(1). I am filing this motion less than a week after discovering the new evidence, so it certainly fits the other criteria of being filed "within a reasonable time."

## Relief Requested

6.      I therefore ask the Court to set aside its previous order and reinstate Rumble as a defendant.

7.      From there, the Court should also cancel its order to transfer the case (ECF 16), since now, this Court will have general personal jurisdiction over at least one party.

## Conclusion

8.      Wherefore, premises considered, I respectfully pray that this Motion for Relief of Judgment be granted.

So requested on this, the 22nd day of March, 2026.

/s/ David Stebbins
David Stebbins
123 W. Ridge Ave., APT D
Harrison, AR 72601
870-204-6516
acerthorn@yahoo.com